IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM BURR MILLIRON,
    Petitioner,

vs.                                                Case No.: 3:16cv454/LAC/EMT

SHERIFF WENDAL HALL,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus (ECF No. 1). On September 19, 2016, Petitioner was given thirty (30) days in which to file a notice declaring his continued interest in this case (ECF No. 5). On September 26th, the copy of the order served upon Petitioner was returned to the court as undeliverable (*see* ECF No. 6). On September 27, 2016, the clerk of court re-mailed a copy of the order to Petitioner at an address obtained from the Santa Rosa County Jail (Petitioner's address of record); however, on October 3, 3016, that copy was also returned to the court as undeliverable (*see* ECF No. 7). On October 14, 2016, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why

this action should not be dismissed for failure to comply with an order of the court (ECF No. 8). That order was also returned as undeliverable (*see* ECF No. 9). The time for compliance with the show cause order has now elapsed with no response from Petitioner. Additionally, Petitioner has failed to keep the court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 14<u>th</u> day of November 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.