IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM BURR MILLIRON,
    Petitioner,

vs.                                Case No.: 3:16cv454/LAC/EMT

SHERIFF WENDAL HALL,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 14, 2016 (ECF No. 10). Petitioner has been mailed a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 14th day of December, 2016.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**